UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

15BB\MW
SCANNED  no fee, no IFP

Jonathan Lee Riches©, d/b/a
"Lawsuit Sleuth",
Plaintiff

Civil No 07-1338

v.

MARTHA STEWART a/b/a MARTHA STEWART LIVING OMNIMEDIA INC;
FLOYD LANDIS A/K/A "TOUR DE FRANCE CHAMPION";
KMART CORPORATION;
E.T. THE EXTRA TERRESTRIAL,
DEFENDANTS

Complaint
"FLOODING MY MIND"
"TRO TEMPORARY RESTRAINING ORDER"

Comes Now the Plaintiff, Jonathan Lee Riches© d/b/a "Lawsuit Sleuth", in pro-se, Moves this Honorable Court to issue TRO's Temporary Restraining Orders Against Defendants. Moves this Honorable Court for the Surrender of Floyd Landis Huffy Bike under federal rules of civil procedure rule 64 so I can examine it. Plaintiff moves for relief.

1

Martha Stewart is in secret Plans with Floyd Landis, E.T, and Kmart to ride Floyd Landis and his bike into the South Fork dam and flood Johnstown Again. This is to take place on May 31, 2008.

2

I found this Plot out through a Fci williamsburg Prison work detail. On 9-21-07, I was picking up trash in a Kmart parking Lot in Pittsburgh. I heard defendant's talking about the secret Plan. E.T is the ring leader

### 3

Landis was upset his tour de France title was taken away. So Martha told Landis be a Martyr for the cause and ride his bike into the Dam to Flood the universe and wipe Jonathan Lee Riches off the Map

### 4

Landis went into the K-mart Pharmacy to purchase anabolic steroids and needles. Landis needs this for high endurance and Aggressiveness to pedal fast into the dam while E.T. uses his Magical powers. I witnessed this

### 5

Also on 9-22-07 at FCI williamsburg at 11:30 pm I looked out my window and saw Landis on his bike with E.T. in a basket doing test runs over the Moon.

### 6

Martha Stewart is financing the operation. She sewed and stitched Floyd Landis Bicycle outfit, she was also the #1 sponser for Landis with Martha Stewart Living omnimedia on his shirt.

### 7

Martha Stewart also wants to do me personal harm because I'm suing her in Connecticut for real estate fraud. This Dam breaking plot is designed to have a wall of water rush into FCI williamsburg and Flush me into the Bermuda triangle off the Coast, so I can't be seen or heard from. I'm whistle blowing this plot for American people that don't have flood Insurance who might be in harms way from the wall of water from Marthas plot. I'm nervous. May 31, 2008 Frightens me

### 8

Landis has a state of the art Huffy bike that transforms into a Flying missle. Landis already used his bike as a missle on 9-11-01 along the Appalachian trail and shot down Flight 93 that crashed in Somerset County, Shanksville. I was on a Boys Scouts camping trip and saw it Scouts honor!