IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JONATHAN LEE RICHES, )
)
       Plaintiff, )
)
v. ) Civil Action No. 07-1338
) Judge Lancaster
) Magistrate Judge Caiazza
MARTHA STEWART, et al., )
)
       Defendant )

### ORDER

AND NOW, this 6th day of November, 2007;

An order was issued upon the Plaintiff to show good cause why this case should not be dismissed for failure to comply with this court's order dated October 17, 2007 (Doc. 2) which stated that:

> **IF YOU WISH TO PROCEED WITH THIS CIVIL RIGHTS ACTION, YOU MUST INCLUDE $350.00 FOR FILING FEE OR MOVE TO PROCEED IN FORMA PAUPERIS AND PROVIDE A CERTIFIED ACCOUNTING STATEMENT SIGNED BY THE RECORDS OFFICER AT THE PRISON BY OCTOBER 15, 2007.**

The show cause response was due by November 5, 2007. Having failed to show good cause, IT IS HEREBY ORDERED that this case is dismissed.

November 6, 2007

/s/ Gary L. Lancaster
Gary L. Lancaster
U.S. District Court Judge

cc:
JONATHAN LEE RICHES, 40948-018
WILLIAMSBURG
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 340
SALTERS, SC 29590